# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| EVELYN RODRIQUEZ , | : | Bankruptcy No. 06-12346DWS |
| | : | |
| Debtor. | : | |

## ORDER

**AND NOW**, this 22nd day of June 2006, Debtor having filed a *pro se* voluntary petition in bankruptcy under chapter 13 on June 5, 2006;

**And** Debtor having failed to file the missing documents identified by Order dated June 6, 2006, which were due by June 20, 2006, nor having sought an extension;

**And** the Court having received a letter dated June 20, 2006 from Kenneth Anapol, who is disclosed on Debtor's Pro Se Statement as having helped her prepare her papers for this case, stating that he has not been able to contact Debtor regarding the remaining papers required by the Court;[1]

It is hereby **ORDERED** that Debtor's case shall be and hereby is **DISMISSED** for failure to comply with the Court's order of June 6, 2006.

DIANE WEISS SIGMUND
Chief U.S. Bankruptcy Judge

---

[1] Mr. Anapol's letter also states "If I am able, I am requesting an extension of time to submit the above schedules." Anapol is not an attorney. He cannot represent Debtor nor make requests on her behalf. Even if he were an attorney, his letter makes clear that Debtor is not responding to his attempts to communicate with her. As such, it is clear that Debtor has no genuine interest in pursuing this bankruptcy case, warranting dismissal.